545 F.2d 1259
 77-1 USTC P 9132
 NEWTON INSERT COMPANY, Transferor, and Tridair Industries,
Transferee, Petitioners-Appellants,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.
 No. 74-2501.
 United States Court of Appeals,
Ninth Circuit.
 Dec. 21, 1976.
 
 Thomas R. Sheppard (argued), of Sheppard, Mullin, Richter & Hampton, Los Angeles, Cal., for petitioners-appellants.
 Donald H. Olson, Atty. (argued), Tax Division, U. S. Dept. of Justice, Washington, D. C., for respondent-appellee.
 Before DUNIWAY, CARTER and ANDERSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 This is an appeal from a decision of the Tax Court, reported at 61 T.C. 570 (1974). For the reasons stated by the Tax Court in its opinion, we affirm.
 
 
 2
 Affirmed.